ANDREA ROMANO, Appellant, v. LAZARE & KAPLAN, INC., Respondent.— In an action brought by the plaintiff to recover damages for injuries sustained by him as a result of the negligence of the defendant's employee in dropping a piece of iron or steel upon the plaintiff, judgment dismissing the complaint entered on the motion of the defendant at the close of the case, reversed on the law and a new trial granted, with costs to abide the event. The evidence presented a question of fact for the jury and it was error to dismiss the complaint. Lazansky, P. J., Johnston, Adel, Taylor and Close, JJ., concur.

CELIA TACK, Appellant, v. COLUMBIA FIRE INSURANCE COMPANY OF DAYTON, OHIO, Respondent.— In an action for reformation of a fire insurance policy, and for judgment in accordance with the terms of the policy, as so reformed, for a loss sustained by fire, judgment dismissing the complaint on the merits unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Hagarty, Carswell, Johnston and Taylor, JJ.

BESSIE LEVINSON and DORA PEIFFER, Respondents, v. CLYDE POLHEMUS and Others, Defendants. And by Counterclaim HAROLD A. BUNGE, PATRICIA BUNGE, Defendants, Appellants, v. BIRCHDALE, INC., and Others, Defendants, Impleaded. — Motion for an order compelling attorney for respondents to accept service of a notice of appeal and determining that a valid appeal is pending denied, without costs. Present — Lazansky, P. J., Hagarty, Carswell, Adel and Close, JJ.

## (November 18, 1940.)

THE CHASE NATIONAL BANK OF THE CITY OF NEW YORK (Successor to INTERSTATE TRUST COMPANY by Merger and Consolidation), as Trustee of the Trust Created by Deed of Trust of JAMES SPEYER Dated February 15, 1923, Plaintiff, Respondent, v. GIULIO VON KAGENECK, Individually and as One of the Heirs, if Such He Be, of MARIE SCHWABACH VON KAGENECK, Deceased, and Others, Appellants, and Others, Defendants; WILLIAM F. BLEAKLEY, as Guardian ad Litem, etc., and Another, Defendants, Respondents.— Motion to vacate stay granted. The guardian ad litem having resigned, the legality of his appointment is now a moot question and is no longer before the court. The stay, however, is vacated without prejudice to the right of the succeeding guardian ad litem, when appointed, to reopen the hearings before the referee and to take such steps as he may be advised are necessary to protect the rights and interests of the infants he represents. Present — Lazansky, P. J., Hagarty, Carswell, Adel and Close, JJ. [See post, p. 942.]

In the Matter of the WESTCHESTER COUNTY BAR ASSOCIATION with Respect to EMERSON C. KESSLER, an Attorney, Respondent.— In three instances respondent used his clients' funds for his own purposes, to their inconvenience, and then belatedly accounted therefor. The court directs that he be suspended from the practice of the law for a period of three months. Present — Lazansky, P. J., Hagarty, Carswell, Adel and Close, JJ.